**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **AML IP, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 6:21-cv-00180** |
| **v.** | ) | |
| | ) | |
| **CLOUD IMPERIUM GAMES CORP.** | ) | **JURY TRIAL DEMANDED** |
| **AND CLOUD IMPERIUM GAMES** | ) | |
| **TEXAS, LLC** | ) | |
| **Defendants.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION FOR**
**DEFENDANTS TO ANSWER COMPLAINT**

AML IP, LLC ("AML") files this Motion for Extension of Time for Defendants, Cloud Imperium Games Corp. and Cloud Imperium Games Texas, Llc's ("Cloud Imperium") to Answer Complaint. Cloud Imperium's counsel has contacted Plaintiff's counsel and requested additional time to answer. Plaintiff has agreed to allow the thirty (30) day extension of time to answer complaint including April 21, 2021.

Respectfully submitted,

**Ramey & Schwaller, LLP**

_____
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for AML IP, LLC*

1

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on March18, 2021, I conferred with Defedants' counsel for Cloud Imperium's, concerning this motion and extension of time to answer complaint and Plaintiff has no opposition to this extension.

/s/ William P. Ramey, III
William P. Ramey, III

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of March 22, 2021, with a copy of the foregoing via email and ECF filing.

/s/ William P. Ramey, III
William P. Ramey, III