IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AML IP, LLC, | ) | |
|    Plaintiff, | ) | |
| | ) | Civil Action No. **6:21-cv-00180** |
| v. | ) | |
| | ) | |
| CLOUD IMPERIUM GAMES CORP. | ) | JURY TRIAL DEMANDED |
| AND CLOUD IMPERIUM GAMES | ) | |
| TEXAS, LLC | ) | |
|    Defendants. | ) | |

**ORDER ON MOTION FOR EXTENSION FOR
DEFENDANTS TO ANSWER COMPLAINT**

The Court having considered this Motion for Extension for Cloud Imperium to Answer the Complaint in this matter including April 21, 2021 and that Plaintiff does not oppose this motion, the Motion is for Extension to Answer Complaint including April 21, 2021 is hereby GRANTED.

Signed this ___ day of _____, 20___.

BY THE COURT

_____
Honorable Judge Presiding

1