IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AML IP, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Action No. **6:21-cv-00180** |
| v. | ) | |
| | ) | |
| CLOUD IMPERIUM GAMES CORP. | ) | JURY TRIAL DEMANDED |
| AND CLOUD IMPERIUM GAMES | ) | |
| TEXAS, LLC | ) | |
|     Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION FOR
DEFENDANTS TO ANSWER COMPLAINT**

AML IP, LLC ("AML") files this Motion for Extension of Time for Defendants, Cloud Imperium Games Corp. and Cloud Imperium Games Texas, Llc's ("Cloud Imperium") to Answer Complaint. Cloud Imperium's counsel has contacted Plaintiff's counsel and requested additional time to answer so the parties can continue settlement talks. Plaintiff has agreed to allow the two (2) week extension of time to answer complaint including May 5, 2021.

Respectfully submitted,

**Ramey & Schwaller, LLP**

William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for AML IP, LLC*

1

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 19, 2021, I conferred with Defedants' counsel for Cloud Imperium's, concerning this motion and extension of time to answer complaint and Plaintiff has no opposition to this extension.

/s/ William P. Ramey, III
William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of April 19, 2021, with a copy of the foregoing via email and ECF filing.

/s/ William P. Ramey, III
William P. Ramey, III