IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AML IP, LLC,<br>　　Plaintiff,<br><br>v.<br><br>CLOUD IMPERIUM GAMES CORP.<br>AND CLOUD IMPERIUM GAMES<br>TEXAS, LLC<br>　　Defendants. | )<br>)<br>)　　Civil Action No. **6:21-cv-00180**<br>)<br>)<br>)　　**JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**ORDER ON MOTION FOR EXTENSION FOR
DEFENDANTS TO ANSWER COMPLAINT**

The Court having considered this Motion for Extension for Cloud Imperium to Answer the Complaint in this matter including May 5, 2021 and that Plaintiff does not oppose this motion, the Motion is for Extension to Answer Complaint including May 5, 2021 is hereby GRANTED.

Signed this ___ day of _____, 20___.

BY THE COURT

_____
Honorable Judge Presiding

1