IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AML IP, LLC,                                )<br>    Plaintiff,                                  )<br>                                                     )       Civil Action No. 6:21-cv-00180<br>v.                                                )<br>                                                     )<br>CLOUD IMPERIUM GAMES CORP.   )       JURY TRIAL DEMANDED<br>AND CLOUD IMPERIUM GAMES     )<br>TEXAS, LLC                                  )<br>    Defendants.                              ) | |

**PLAINTIFF'S STIPULATION OF DISMISSAL**

Pursuant to Federal Rule 41 (a)(1)(A)(ii) and (B), the Plaintiff, AML IP, LLC hereby files this stipulation of dismissal of this action for all of Plaintiff's claims against Defendants, Cloud Imperium Games Corp. and Cloud Imperium Games Texas, LLC.  The Plaintiff stipulates and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

**Ramey & Schwaller, LLP**

/s/ William P. Ramey, III
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for AML IP, LLC*

1

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and LR5, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 5, 2021, with a copy of the foregoing via email and ECF filing.

/s/ William P. Ramey, III
William P. Ramey, III
